ELIZABETH A. STRANGE
Acting United States Attorney
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No.: 028042
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2017 NOV 21 PM 4: 05

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CR 17-1791 TUC JGZ(LAB)

United States of America,

        Plaintiff,

v.

Charles Burton Foster,

(Counts 1-4)

        Defendant.

**INDICTMENT**

VIOLATIONS:
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens for Profit)
**Count 1**

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Transportation of Illegal Aliens for Profit)
**Counts 2-4**

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about October 29, 2017, at or near Tucson, in the District of Arizona, Charles Burton Foster, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move Santos Cortez-Garcia, Simon Gavilan-Velazquez and Noe Marin-Aguilera, illegal aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 2

On or about October 29, 2017, at or near Tucson, in the District of Arizona, Charles Burton Foster, knowing and in reckless disregard of the fact that an alien, Santos Cortez-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 3

On or about October 29, 2017, at or near Tucson, in the District of Arizona, Charles Burton Foster, knowing and in reckless disregard of the fact that an alien, Simon Gavilan-Velazquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 4

On or about October 29, 2017, at or near Tucson, in the District of Arizona, Charles Burton Foster, knowing and in reckless disregard of the fact that an alien, Noe Marin-Aguilera, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the

///

purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL

/s/

_____
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/ S /
_____
Assistant United States Attorney
 Dated: November 21, 2017

REDACTED FOR
PUBLIC DISCLOSURE