**JOHN D. KAUFMANN**
Attorney At Law
Suite 905 Transamerica Bldg.
177 North Church Avenue
Tucson, Arizona 85701
(520) 623-2016   Fax (520) 623-8715
kaufmann@tabbn.com

Arizona State Bar No. 004156
Pima County Computer No. 30436

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br><br>v.<br><br>Charles Burton Foster,<br>　　　　　Defendant. | NO: 4:17-cr-01791-JGZ-LAB<br><br>Motion to Continue Trial |

It is expected that excludable delay under Title 18, U.S.C § 3161(h)(1)(F) may occur as a result of this motion or an order based thereon.

Defendant, **Charles Burton Foster**, by and through undersigned counsel, requests a sixty (60) day continuance of the plea deadline and trial date, which is set for July 20th, 2018 and August 7th, 2018 at 9:30 a.m. respectively. This is Defendant's first request for continuance. The continuance is necessary for the following justifiable reason(s):

1.　　Defendant requires additional time to prepare for trial.

Assistant United States Attorney, Adam Rossi, has informed defense counsel that she does not object to this continuance.

Therefore, Defendant and counsel ask that this matter be continued for a period of not less than forty five (45) days to a time and date convenient of this Court. See 18 U.S.C. §3161, et. seq.

**RESPECTFULLY SUBMITTED** this 23rd day of July, 2018.

*s/ John D. Kaufmann*
John D. Kaufmann