ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>Plaintiff,<br><br>vs.<br><br>Charles Burton Foster,<br><br>Defendant. | CR 17-01791-TUC-JGZ (LAB)<br><br><br>MOTION TO DISMISS INDICTMENT<br>WITHOUT PREJUDICE |

NOW COMES THE UNITED STATES OF AMERICA, by and through its attorneys, Elizabeth A. Strange, First Assistant United States Attorney for the District of Arizona, and Adam D. Rossi, Assistant United States Attorney, and hereby moves the Court to dismiss the indictment issued November 22, 2017 without prejudice for the above-captioned defendant; and, in support thereof, states that in the interest of justice the indictment should be dismissed.

Defense counsel has been notified and has no objection.

Respectfully submitted this 12th day of September, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Adam D. Rossi*

ADAM D. ROSSI
Assistant United States Attorney