1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 17-01791-TUC-JGZ (LAB) |
| Plaintiff, | O R D E R |
| vs. | |
| Charles Burton Foster, | |
| Defendant. | |

The Court has reviewed the Government's Unopposed Motion to Dismiss Indictment, therefor,

IT IS ORDERED GRANTING the Motion to Dismiss Indictment (Doc. 55).

IT IS FURTHER ORDERED the Indictment in the above-captioned matter is dismissed without prejudice.

Dated this 18th day of September, 2018.


Honorable Jennifer G. Zipps
United States District Judge